1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, Inclusive,<br><br>    Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>    Defendants. | No. 2:16-cv-02972-KJM-KJN<br><br><br><br><br><br><br><br><br><br><br><br>No. 2:17-cv-00112-MCE-EFB<br><br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim," Local Rule 123(a)(1), and "both actions involve the same property, transaction, or event," Local Rule 123(a)(2).

1

1 　　　　　The parties should be aware that relating cases under Rule 123 causes the actions
2 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
3 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
4 assigned.
5 　　　　　As a result, it is hereby ORDERED that Case No. 2:17-cv-00112-MCE-EFB is
6 reassigned from United States District Judge Morrison C. England, Jr. to the undersigned and
7 from Magistrate Judge Edmund F. Brennan to Magistrate Judge Kendall J. Newman.
8 Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-cv-
9 00112-KJM-KJN.
10 　　　　　It is further ORDERED that the Clerk of the Court make appropriate adjustment in
11 the assignment of civil cases to compensate for this reassignment.
12 　　　　　IT IS SO ORDERED.
13 DATED:  February 3, 2017

_____
UNITED STATES DISTRICT JUDGE