JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566 / Fax: (415) 744-6476

PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

*Attorneys for the United States*

LAWRENCE S. BAZEL (CA No. 114641)
LAUREN BERNADETT (CA No. 295251)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630

*Attorneys for Defendants John Donnelly Sweeney and
Point Buckler Club, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br><br>    Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DEADLINE TO AMEND PLEADINGS**<br><br>**ORDER** |

| | |
|---|---|
| 1 | Pursuant Local Rule 143, the parties hereby stipulate and propose that the Court modify the deadline for joining parties or amending the pleadings.  The current deadline in December 1, 2017.  *See* Dkt. No. 20 at ¶ II.  There is good cause for permitting this stipulated extension because the parties have focused narrowly on limited financial discovery and resolution, including an October 17, 2017, settlement conference, and a continued December 12, 2017 settlement conference.  As the parties have conducted no meaningful fact discovery beyond limited financial information, the United States has not been able to determine if there are any further parties to add, or any amendments that may be appropriate.  Rather than hastily amending the pleadings to add parties in order to preserve claims, the parties stipulate, and propose, to extend the deadline for joining parties or amending the pleadings to January 1, 2018. |

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  December 1, 2017        */s/ Gregory T. Broderick*
                                GREGORY T. BRODERICK,
                                Assistant United States Attorney
                                *Attorneys for the United States*

Dated:  December 1, 2017        /s/ *Lawrence S. Bazel* (authorized 12/01/2017)
                                LAWRENCE S. BAZEL
                                *Attorney for Defendants*

ORDER

In accordance with the foregoing stipulation and good cause appearing,

IT IS SO ORDERED. The Scheduling Order is hereby amended such that any joinder of parties or amendments to the pleadings shall be filed by January 1, 2018. No additional joinder or amendments to pleadings will be permitted without leave of court, good cause having been shown.

DATED: December 6, 2017.

_____
UNITED STATES DISTRICT JUDGE