1 JEFFREY H. WOOD
Acting Assistant Attorney General
2 ANDREW J. DOYLE
United States Department of Justice
3 Environmental and Natural Resources Division
Environmental Defense Section
4 301 Howard Street, Suite 1050
San Francisco, CA 94105
5 Tel: (415) 744-6566 / Fax: (415) 744-6476

6 PHILLIP A. TALBERT
United States Attorney
7 GREGORY T. BRODERICK
Assistant United States Attorney
8 501 I Street, Suite 10-100
Sacramento, CA 95814
9 Tel: (916) 554-2780

10 *Attorneys for the United States*

11 LAWRENCE S. BAZEL (CA No. 114641)
LAUREN BERNADETT (CA No. 295251)
12 BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
13 San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630
14

15 *Attorneys for Defendants John Donnelly Sweeney and
Point Buckler Club, LLC*

16

17 UNITED STATES DISTRICT COURT

18 EASTERN DISTRICT OF CALIFORNIA

19

| UNITED STATES OF AMERICA, | 2:17-cv-00112-KJM-KJN |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE TO AMEND PLEADINGS** |
| v. | |
| JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC | **ORDER** |
| Defendants. | |

Pursuant Local Rule 143, the parties hereby stipulate and propose that the Court modify the deadline for joining parties or amending the pleadings. The original deadline was December 1, 2017. *See* Dkt. No. 20 at ¶ II. On that date, the parties stipulated to extend the deadline for amending the pleadings or joining parties up to and including January 1, 2018, which the Court approved. *See* Dkt. No. 38. The parties have now stipulated and further propose to extend the date for joining parties or amending the pleadings to March 1, 2018.

As before, there is good cause for permitting this stipulated extension because the parties have focused narrowly on limited financial discovery and resolution, including an October 17, 2017, settlement conference, and a continued December 12, 2017 settlement conference. As the parties have conducted no meaningful fact discovery beyond limited financial information, the United States has not been able to determine if there are any further parties to add, or any amendments that may be appropriate. The original extension allowed the parties to avoid hastily amending the pleadings in order to preserve claims, but would require the parties to conduct immediate and substantial discovery while settlement prospects remain alive. Rather than dedicating significant resources to discovery, the parties desire to give resolution every opportunity. Therefore, the parties stipulate, and propose, to extend the deadline for joining parties or amending the pleadings from January 1, 2018, to March 1, 2018.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  December 8, 2017   */s/ Gregory T. Broderick*
GREGORY T. BRODERICK,
Assistant United States Attorney
*Attorneys for the United States*


/s/ *Lawrence S. Bazel* (authorized 12/11/2017)
LAWRENCE S. BAZEL
*Attorney for Defendants*

Second Stipulation re: Deadline to Amend; Order2:17-cv-00112-KJM-KJN

1

ORDER

In accordance with the foregoing stipulation and good cause appearing,

IT IS SO ORDERED. The Scheduling Order is hereby amended such that any joinder of parties or amendments to the pleadings shall be filed by March 1, 2018. No additional joinder or amendments to pleadings will be permitted without leave of court, good cause having been shown.

DATED: December 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

Second Stipulation re: Deadline to Amend; Order2:17-cv-00112-KJM-KJN

2