JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6566 / Fax: (415) 744-6476

McGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

*Attorneys for the United States*

LAWRENCE S. BAZEL (CA No. 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630

*Attorneys for Defendants John Donnelly Sweeney and Point Buckler Club, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br><br>    Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**THIRD STIPULATION AND ORDER RE: EXTENSION OF DEADLINE TO AMEND PLEADINGS**<br><br>**ORDER** |

| 1 | Pursuant Local Rule 143, the parties hereby stipulate and propose that the Court modify |
| 2 | the deadline for joining parties or amending the pleadings. The original deadline was December |

Pursuant Local Rule 143, the parties hereby stipulate and propose that the Court modify the deadline for joining parties or amending the pleadings. The original deadline was December 1, 2017. *See* Dkt. No. 20 at ¶ II. On that date, the parties stipulated to extend the deadline for amending the pleadings or joining parties up to and including January 1, 2018, which the Court approved. *See* Dkt. No. 38. On further stipulation, the Court continued the deadline to March 1, 2018. *See* Dkt. No. 44. The parties now stipulate to, and seek, a further continuance to April 16, 2018.

As before, there is good cause for permitting this stipulated extension because the parties have focused narrowly on limited financial discovery and resolving the matter, including an October 17, 2017, settlement conference, a further December 12, 2017 settlement conference, and a further February 1, 2018 settlement conference. The parties are making progress and yet further settlement proceedings are contemplated. As the parties have conducted no meaningful fact discovery beyond limited financial information, the United States has not been able to determine if there are any further parties to add, or any amendments that may be appropriate. The original extension allowed the parties to avoid hastily amending the pleadings in order to preserve claims, but would require the parties to conduct immediate and substantial discovery while settlement prospects remain alive. Rather than dedicating significant resources to discovery, the parties desire to give resolution every opportunity. Therefore, the parties stipulate, and propose, to extend the deadline for joining parties or amending the pleadings from March 1, 2018 to April 16, 2018, approximately 45 days.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2017

*/s/ Gregory T. Broderick*
GREGORY T. BRODERICK,
Assistant United States Attorney
*Attorneys for the United States*


/s/ *Lawrence S. Bazel* (authorized 03/01/2018)
LAWRENCE S. BAZEL
*Attorney for Defendants*

Third Stipulation re: Deadline to Amend; Order                                    2:17-cv-00112-KJM-KJN

1

| | |
|---|---|
| 1 | ORDER |

In accordance with the foregoing stipulation and good cause appearing, IT IS SO ORDERED. The Scheduling Order is hereby amended such that any joinder of parties or amendments to the pleadings shall be filed by April 16, 2018. No additional joinder or amendments to pleadings will be permitted without leave of court, good cause having been shown.

DATED: March 5, 2018.

_____
UNITED STATES DISTRICT JUDGE