JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

McGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

*Attorneys for the United States*

LAWRENCE S. BAZEL (CA No. 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630

*Attorneys for Defendants John Donnelly Sweeney and
Point Buckler Club, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br><br>    Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER REGARDING IDENTITY OF CERTAIN WITNESSES** |

1     The parties hereby stipulate and propose that the Court issue an Order as explained

2  below.

3     1.     During the deposition of Defendant John D. Sweeney on July 11, 2018, the

4  Honorable Kendall J. Newman, United States Magistrate Judge, resolved a dispute between the

5  parties regarding Mr. Sweeney's objection to answering the United States' questions regarding

6  the identity of certain witnesses.

7     2.     The Court ruled that Mr. Sweeney must disclose the identity of these witnesses.

8  The Court also ruled that Mr. Sweeney's answers to these questions were to be confidential "for

9  attorneys' eyes only".  The United States construes the Court's ruling on "for attorneys' eyes

10 only" as an interim measure; that issue is addressed *infra* Paragraphs 6-7.  The parties then

11 agreed among themselves that the "attorneys" for purposes of that Order were Messrs.

12 Broderick, Doyle, and Moffatt (for the United States).

13    3.     The United States contends that, following the Court's ruling, Mr. Sweeney did

14 not fully comply with the Court's ruling.  This stipulation and proposed order is intended to

15 implement the Court's ruling.

16    4.     The parties have since met and conferred and agree that, following entry of this

17 stipulation and proposed Order, Mr. Sweeney shall by declaration promptly provide the identities

18 of those persons whom he did not name during his deposition, with one exception.  That

19 declaration shall be considered confidential "for attorneys' eyes only" consistent with the Court's

20 ruling, but subject to the Court's resolution of Paragraphs 6-7 *infra*.

21    5.     The one exception is the identity of the person who is a member of Defendant

22 Point Buckler Club, LLC (apart from the Club's majority member, Mr. Sweeney), which is

23 beyond the scope of the Court's ruling and this stipulation and proposed Order; the parties

24 reserve all rights regarding that subject matter.  *See, e.g.,* Minute Order of June 29, 2018 (ECF

25 No. 59) (deeming the United States' motion to compel such information withdrawn "without

26 prejudice").

27    6.     With respect to the "for attorneys' eyes only" portion of the Court's ruling, the

28 United States requests to extend the scope of persons who may have access to such testimony, to

allow counsel to inform its supervisors, decision-makers, personnel, and retained expert witnesses as necessary and appropriate to litigate or otherwise resolve this case. More specifically, the United States requests that information previously limited to "for attorneys' eyes only" be expanded to include persons within the scope of the Court's prior Order regarding Confidential Financial Information dated August 8, 2017 (ECF No. 29). This Order has served the parties well to date, and it adequately addresses any "privacy" or similar concerns alleged by Defendants as to matters within the scope of this stipulation and proposed Order.

7. Defendants take no position on the United States' request as set forth in the preceding Paragraph 6.

Dated: August 2, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

*Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427
*Attorney for the United States*

/s/ *Lawrence S. Bazel* (authorized August 2, 2018)
LAWRENCE S. BAZEL
*Attorney for Defendants*

**ORDER**

Upon due consideration, and good cause shown, the Court approves and enters the foregoing stipulation and motion as an Order. With respect to the "attorneys' eyes only" matter, the Court orders that information previously limited to "for attorneys' eyes only" shall include persons within the scope of the Court's prior Order regarding Confidential Financial Information dated August 8, 2017 (ECF No. 29).

Dated: August 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE