UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY, et al.,<br><br>Defendants. | No. 2:17-cv-112-KJM-KJN<br><br><br><br>ORDER |

On November 27, 2018, the court conducted an informal telephonic discovery conference in this matter. Gregory Broderick and Andrew Doyle appeared on behalf of the United States, Lawrence Bazel appeared on behalf of defendants, Brett Moffat appeared on behalf of the EPA, Nicholas Tsukamaki appeared on behalf of third party San Francisco Bay Conservation and Development Commission ("BCDC"), and Tamarin Austin and Marnia Ajello appeared on behalf of third party San Francisco Bay Regional Water Quality Control Board ("Regional Board").

After carefully considering the parties' joint letter brief (ECF No. 76) and the parties' arguments at the conference, and for the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

////

1. Defendants' third party subpoenas (both the deposition subpoena and the subpoena for production of documents) served on BCDC shall be limited to the following topics: (a) communications between BCDC and the EPA about Mr. Sweeney and the Point Buckler Club, LLC, as well as communications between BCDC, the Regional Board, or other state agencies regarding getting the EPA involved with respect to Mr. Sweeney and the Point Buckler Club, LLC (focused on the time period of approximately July 2015 through January 2017); and (b) conditions on the island at issue, including any harm done to the island and potential remedies for such harm.[1]

2. If BCDC elects to withhold any documents responsive to the narrowed requests, it shall serve a detailed privilege log of such withheld documents.

3. The parties shall promptly meet and confer regarding dates for production of documents and privilege logs, deposition dates, and, if necessary, preparation of an appropriate stipulated protective order for the court's consideration, being mindful of the impending December 20, 2018 discovery completion deadline.

4. The United States shall continue to expeditiously produce documents responsive to defendants' requests, along with serving a detailed privilege log (if applicable), also being mindful of the impending December 20, 2018 discovery completion deadline.

5. The parties shall also promptly meet and confer regarding the extent to which this order moots the pending formal discovery motions presently set for hearing on December 6, 2018, and/or whether those motions can be withdrawn, without prejudice to raising specific issues with the court at a later juncture by the informal telephonic conference mechanism.

IT IS SO ORDERED.

Dated: November 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although this order strictly only applies to BCDC, it should also provide appropriate guidance for resolving similar issues pertaining to the Regional Board subpoenas.