JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE (FL Bar No. 84948)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044 / (202) 514-4427

MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK (CA Bar No. 220871)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814 / (916) 554-2700

*Attorneys for the United States*


LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
(415) 402-2700

*Attorneys for Defendants John D. Sweeney and Point Buckler Club, LLC*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>　　　　Defendants. | Case No. 2:17−CV−00112−KJM−KJN<br><br>**STIPULATION, MOTION AND ORDER FOR 1-DAY EXTENSION OF JOINT STATEMENT DEADLINE**<br><br>Hearing:　　December 6, 2018<br>Time:　　　10 a.m.<br>Place:　　　Courtroom 25<br>Judge:　　　Hon. Kendall J. Newman |

Due to the limited availability of Andrew Doyle, counsel for the United States, from November 27-29, 2018, due to work in Alabama on another matter, Plaintiff United States of America hereby moves for a one-day extension of time from Thursday, November 29, 2018, to Friday, November 30, 2018, to file the joint statement associated with the motion to compel filed by Defendants John Donnelly Sweeney and Point Buckler Club, LLC on November 15, 2018 (ECF No. 68).

Defendants do not object and hereby stipulate to the requested extension.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

DATED: November 26, 2018   */s Andrew J. Doyle*
ANDREW J. DOYLE (FL Bar No.84948)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044 / (202) 514-4427
andrew.doyle@usdoj.gov

MCGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK (CA Bar No. 220871)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814 / (916) 554-2700

BRETT MOFFATT
Office of Regional Counsel
United States Environmental Protection Agency

*Attorneys for the United States*

| | | |
|---|---|---|
| 1 | DATED: November 26, 2018 | BRISCOE IVESTER & BAZEL LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | By: _____ |
| 5 | | Lawrence S. Bazel |
| 6 | | *Attorney for Defendants John D. Sweeney and Point Buckler Club, LLC* |

**ORDER**

Upon due consideration, and good cause shown, the Court approves and enters the foregoing stipulation and motion as an Order. The joint statement associated with Defendants' motion to compel (ECF No. 68) is now due November 30, 2018, to the extent that the filing of a joint statement remains necessary in light of the court's November 27, 2018 order.

Dated: November 28, 2018

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE