XAVIER BECERRA
Attorney General of California
DAVID G. ALDERSON
Supervising Deputy Attorney General
NICHOLAS TSUKAMAKI
Deputy Attorney General
State Bar No. 253959
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0982
  Fax: (510) 622-2270
  E-mail: Nicholas.Tsukamaki@doj.ca.gov
*Attorneys for*
*San Francisco Bay Conservation & Development Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION RE: PROTECTIVE ORDER**<br><br>**PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants John Donnelly Sweeney and Point Buckler Club, LLC (Defendants) and the San Francisco Bay Conservation and Development Commission (BCDC), a non-party to this action, HEREBY STIPULATE AND AGREE as follows:

1. On November 6, 2018, counsel for Defendants served on Lawrence J. Goldzband, BCDC's Executive Director, a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Document Subpoena). The Document Subpoena requests that Mr. Goldzband produce certain documents related to Defendants on November 21, 2018.

2. On November 6, 2018, counsel for Defendants served on BCDC a Subpoena to Testify at a Deposition in a Civil Action (Deposition Subpoena) pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The Deposition Subpoena requests that BCDC designate and produce one or more persons to testify on behalf of BCDC regarding seven enumerated topics on November 30, 2018, at 8:00 a.m.

3. BCDC objected to both subpoenas on various grounds including, but not limited to, relevance, proportionality, and burden. Counsel for BCDC and counsel for Defendants met and conferred on November 15 and 20, but were unable to resolve BCDC's objections or limit the scope of the subpoenas. As a result, BCDC and Defendants scheduled an Informal Telephonic Conference re Discovery Disputes with U.S. Magistrate Judge Kendall J. Newman on November 27, 2018, at 9:30 a.m. Pursuant to Judge Newman's Order after the telephonic conference, BCDC and Defendants agree to narrow the subject matter of both subpoenas as follows:

4. In response to the Document Subpoena, BCDC agrees to produce and send to counsel for Defendants the following documents by December 10, 2018:

   a. All non-privileged communications (including any emails) not already produced by BCDC, in BCDC's possession, between BCDC and the Environmental Protection Agency (EPA) about John D. Sweeney and his activities on Point Buckler Island that were prepared or written between July 1, 2015, and January 18, 2017;

b. All non-privileged communications (including any emails) not already produced by BCDC, in BCDC's possession, between BCDC, the Regional Water Quality Control Board, San Francisco Bay Region (Regional Board), or other state agencies, regarding getting the EPA or the U.S. Army Corps of Engineers (Corps) involved with respect to John D. Sweeney and his activities on Point Buckler Island that were prepared or written between July 1, 2015, and January 18, 2017; and

c. All non-privileged documents not already produced by BCDC, in BCDC's possession, from February 9, 2017, to the present, related to conditions on Point Buckler Island at issue, including any harm done to Point Buckler Island and potential remedies for such harm.

5. As to documents responsive to the topics listed above in Paragraph 4 withheld by BCDC, BCDC will prepare and submit to counsel for Defendants by December 10, 2018, a detailed log listing such documents. The log will not include privileged documents and electronically stored information related to the state court litigation, or any privileged or confidential settlement discussions in this pending federal action. On December 11, 2018, counsel for BCDC and counsel for Defendants will meet and confer over the phone to discuss any objections Defendants may have, if any, to specific documents on the log. If counsel for BCDC and counsel for Defendants cannot resolve any disputes regarding the logged documents in issue, they will submit a two-page joint letter to Judge Newman by 5:00 p.m. on December 12, 2018, outlining their respective positions regarding Defendants' objections to specific logged documents and attaching the log for the Court's reference. BCDC and Defendants agree to the scheduling of an informal telephonic conference with Judge Newman on December 14, 2018, at 9:00 a.m. to address any unresolved objections Defendants may have to specific logged documents. Defendants and BCDC agree to comply with rulings made by Judge Newman during that informal telephonic conference.

6. On December 17, 2018, beginning no earlier than 9:30 a.m., BCDC will produce Adrienne Klein, and only Ms. Klein, to testify on behalf of BCDC as a fact witness and not as a witness under Rule 30(b)(6) of the Federal Rules of Civil Procedure, regarding the following topics:

a. Non-privileged, non-confidential communications (including any emails) between BCDC and the EPA about John D. Sweeney and his activities on Point Buckler Island that were prepared or written between July 1, 2015, and January 18, 2017;

b. Non-privileged, non-confidential communications (including any emails) between BCDC, the Regional Board, or other state agencies, regarding getting the EPA or the Corps involved with respect to John D. Sweeney and his activities on Point Buckler Island that were prepared or written between July 1, 2015, and January 18, 2017; and

c. Conditions on Point Buckler Island at issue, including any harm done to Point Buckler Island and potential remedies for such harm.

7. Ms. Klein will not testify regarding any topics other than those listed above in Paragraph 6, including any of the topics enumerated in the Deposition Subpoena.

8. As a result of this Stipulation, Defendants and BCDC agree to take their respective Motion to Compel Discovery from BCDC and Motion for Protective Order, currently scheduled for December 6, 2018, at 10:00 a.m., off calendar. Any objections Defendants may have to BCDC's privilege log will be resolved pursuant to the informal telephonic conference process described above in Paragraph 5.

9. Case No. A153582 involving Defendants and BCDC is now pending in the California Court of Appeal, First Appellate District. Defendants agree not to seek leave to introduce any documents or deposition testimony they obtain from BCDC or the Regional Board through the federal discovery in *United States v. Sweeney* into case no. A153582 unless and until Defendants first comply with the following procedures:

a. Identify the specific documents and/or testimony they seek leave to introduce, and meet and confer with BCDC to discuss those documents and/or deposition testimony; and

b. If Defendants and BCDC cannot reach a resolution through the meet and confer process, Defendants will schedule an informal telephonic conference with Judge Newman to address the documents and/or deposition testimony at issue. Prior to the informal telephonic conference, Defendants and BCDC will submit a two-page joint letter to Judge Newman outlining their respective positions.

IT IS SO STIPULATED.

Dated: November 30, 2018

XAVIER BECERRA
Attorney General of California
DAVID G. ALDERSON
Supervising Deputy Attorney General

/s/ Nicholas Tsukamaki
NICHOLAS TSUKAMAKI
Deputy Attorney General
*Attorneys for*
*San Francisco Bay Conservation & Development Commission*

Dated: November 30, 2018

Briscoe Ivester & Bazel LLP

LAWRENCE BAZEL
*Attorney for Defendants John Donnelly Sweeney and Point Buckler Club, LLC*

**PROTECTIVE ORDER**

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Pursuant to the terms of the Stipulation, the Court hereby vacates the hearing on Defendants' Motion to Compel Discovery from BCDC and BCDC's Motion for Protective Order, currently scheduled for December 6, 2018, at 10:00 a.m.

IT IS SO ORDERED. This order resolves ECF Nos. 69 and 73.

Dated: December 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE