UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-112-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| JOHN DONNELLY SWEENEY, et al., | |
| Defendants. | |

On December 14, 2018, the court conducted an informal telephonic discovery conference in this matter. Andrew Doyle appeared on behalf of the United States, Lawrence Bazel appeared on behalf of defendants, Nicholas Tsukamaki appeared on behalf of third party San Francisco Bay Conservation and Development Commission ("BCDC"), and Marnia Ajello appeared on behalf of third party San Francisco Bay Regional Water Quality Control Board ("Regional Board").

After carefully considering the parties' joint letter brief (ECF No. 93) and the parties' arguments at the conference, and for the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. BCDC shall produce to defendants the single page of notes prepared by BCDC staff member Maggie Webber regarding a meeting on December 8, 2015 (referenced in the

| | |
|---|---|
| 1 | parties' joint letter brief at ECF No. 93). |
| 2 | 2. This order is strictly limited to the above-mentioned document, which the court concludes |
| 3 | does not fall under the common interest/work product privilege asserted by the United |
| 4 | States and other interested entities, and does not effectuate a waiver of such privilege with |
| 5 | respect to any other documents. |

Dated: December 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE