JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net

Attorneys for Defendants
JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>Defendants. | No. 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE FOR SPECIFIED INFORMAL DISCOVERY CONFERENCES**<br><br>Courtroom No. 25<br>Hon. Kendall J. Newman |

Defendants John Donnelly Sweeney and Point Buckler Club, LLC ("Defendants") have subpoenaed documents from non-party California Regional Water Quality Control Board, San Francisco Bay Region ("Regional Board"). The Regional Board would like to produce its privilege log after the close of discovery, which is on December 20, 2018. Defendants and the Regional Board may need the assistance of Judge Newman in resolving issues relating to the privilege log and the documents withheld by the Regional Board.

Defendants have contacted Judge Newman's assistant, which has informed the parties that Judge Newman can be available for informal conferences after the close of discovery if the parties stipulate to it.

Defendants and plaintiff United States hereby stipulate that Judge Newman may, on or before January 10, 2019, conduct informal discovery conferences and resolve discovery disputes arising

from the privilege log provided by the Regional Board in response to Defendants subpoena. This stipulation is limited to this specific issue, and does not extend the discovery deadline for any other issue in this case.

Respectfully stipulated,

DATED: December 20, 2018
/s Andrew J. Doyle
ANDREW J. DOYLE (FL Bar No.84948)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044 / (202) 514-4427
andrew.doyle@usdoj.gov

BRETT MOFFATT
Office of Regional Counsel
United States Environmental Protection Agency

*Attorneys for the United States*

DATED: December 20, 2018
BRISCOE IVESTER & BAZEL LLP

By: _____

Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC

**ORDER**

Good cause appearing, the stipulation above is approved and made an order of this Court.

IT IS SO ORDERED.

DATED: December 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE