United States Department of Justice
Environment & Natural Resources Division
Andrew J. Doyle
Tel (202) 514-4427
Fax (202) 514-8865
andrew.doyle@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA


LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net

Attorneys for Defendants
JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>Defendants. | No. 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SPECIFIED DISCOVERY AND INFORMAL DISCOVERY CONFERENCES**<br><br>Courtroom No. 25<br>Hon. Kendall J. Newman |

On November 15, 2018, Plaintiff United States of America served on Defendants John Donnelly Sweeney and Point Buckler Club, LLC ("Defendants") a second set of requests for production of documents and electronically stored information (collectively, "documents"). To date, Defendants have not produced documents in response to those requests (or a privilege log for any withheld documents or redacted information). The United States objects to such inaction. The parties have met and conferred about this dispute, and although the United States reserves its right to

1

object to any untimely produced discovery, Defendants agree that they shall produce all responsive documents (and a privilege log for any withheld documents or redacted information) by January 7, 2018. This deadline falls after the close of discovery, December 20, 2018, and the parties may need the assistance of Judge Newman in resolving issues relating to Defendants' production of documents.

The parties understand that Judge Newman can be available for informal conferences after the close of discovery if the parties stipulate to it.

The United States and Defendants hereby stipulate that Judge Newman may, on or before January 18, 2019, conduct informal discovery conferences and resolve discovery disputes arising from Defendants' production of documents (and any associated privilege log) in response to the requests for production that the United States served on November 15, 2018. This stipulation is limited to this specific issue, and does not extend the discovery deadline for any other issue in this case.

Respectfully stipulated,

DATED: December ___, 2018
/s Andrew J. Doyle
ANDREW J. DOYLE (FL Bar No.84948)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044 / (202) 514-4427
andrew.doyle@usdoj.gov

BRETT MOFFATT
Office of Regional Counsel
United States Environmental Protection Agency

*Attorneys for the United States*

| | | |
|---|---|---|
| 1 | DATED: December ____, 2018 | BRISCOE IVESTER & BAZEL LLP |
| 2 | | |
| 3 | | */s/ L. Bazel* |
| 4 | | By: _____ |
| 5 | | Lawrence S. Bazel |
| 6 | | Attorneys for Defendants JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC |

**ORDER**

Good cause appearing, the stipulation above is approved and made an order of this Court.

IT IS SO ORDERED.

DATED: December 21, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE