United States Department of Justice
Environment & Natural Resources Division
Andrew J. Doyle
Tel (202) 514-4427
Fax (202) 514-8865
andrew.doyle@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA


JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net

Attorneys for Defendants
JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>Defendants. | No. 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER RESCHEDULING PRETRIAL STATEMENT AND PRETRIAL CONFERENCE WHILE MAINTAINING TRIAL DATE**<br><br>Courtroom 3, 15th Floor<br>Hon. Kimberly J. Mueller |

In its Scheduling Order of June 29, 2017 (ECF No. 20), this Court set dates for the filing of a joint pretrial statement (March 15, 2019), the final pretrial conference (April 5, 2019), and trial (May 20, 2019). A few days ago, on February 11, 2019, this Court issued a minute order modifying the deadline for the joint pretrial statement (March 1, 2019) and the final pretrial conference (March 22, 2019) but making no change to the trial date (May 20, 2019). Defendants John Donnelly Sweeney

1

and Point Buckler Club, LLC ("Defendants") now request that the deadline for the joint pretrial statement and the final pretrial conference be changed to March 25, 2019 and April 19, 2019, respectively. Plaintiff United States of America ("United States") does not object on condition and with the understanding that Defendants' proposed changes would not affect the trial date. Thus, collectively, the parties' agree to, stipulate, and propose for the Court's approval the following schedule:

|  | **Scheduling Order June 29, 2017** | **Minute Order February 11, 2019** | **Requested Dates** |
|---|---|---|---|
| **Joint Pretrial Statement** | March 15, 2019 | March 1, 2019 | March 25, 2019 |
| **Pretrial Conference** | April 5, 2019 | March 22, 2019 | April 19, 2019 |
| **Trial Briefs** | May 6, 2019 | No change | No change |
| **Bench Trial** | May 20, 2019 | No change | No change |

### Statement of Defendants

Defendants need additional time to prepare the joint pretrial statement. Before and during the government shutdown, Defendants had agreed to stipulate that the United States could have extra time to bring a dispositive motion. Defendants expected that the Court would grant that request, and that the trial date (and associated dates) would be postponed. Although during the shutdown the United States shared a draft stipulation in which it preserved its option not to file a dispositive motion and retain the trial schedule, Defendants learned only after the government shutdown ended that the United States had decided not to file a dispositive motion. Defendants called the Courtroom Deputy on February 8 about other available dates for the pretrial conference, and heard back on February 14. Meanwhile, on February 11, the Court issued a minute order giving the parties even less time to prepare the joint pretrial statement.

Counsel for Defendants is now spending most of his time working on a 120-page appellate brief that will be filed later this month. He is also preparing documents he agreed to provide to the United States, and will be preparing for depositions scheduled for early March. He did not expect to

2

be preparing for trial in February, and needs additional time to prepare the pretrial statement. This request would move the pretrial-statement date from March 1 to March 25, 2019. The need for a well-thought-through pretrial statement is especially great because this case appears unlikely to settle. Defendants have almost no money, and the lack of money makes settlement very difficult.

**Statement of United States**

As the United States stated in its most recent Status Report (ECF No. 66), resolving this case as soon as possible is important because "[t]he environmental condition of Point Buckler Island, where the alleged Clean Water Act violations occurred, is poor, and injunctive relief is needed to address ongoing harm." Settlement discussions having failed (notwithstanding months-long facilitation efforts by United States Magistrate Judge Newman), proceeding to trial as scheduled is the most efficient course to achieve the United States' objective here.

The United States does not object to Defendants' requested changes to the deadline for the pretrial statement and the final pretrial conference because they are consistent with commencing trial on May 20, 2019, as long scheduled. In particular, the United States understands the Court's practice to require the filing of a joint pretrial statement at least three weeks prior to the final pretrial conference, and the scheduling of a final pretrial conference at least one month before trial. Defendants' requested changes (March 25, 2019 and April 19, 2019, respectively) meet those criteria.

DATED: February 15, 2019          BRISCOE IVESTER & BAZEL LLP

By: _____

Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC

| | | |
|---|---|---|
| DATED: February 15, 2019 | | */s Andrew J. Doyle*  (as authorized on 2.15.2019) |

ANDREW J. DOYLE (FL Bar No. 84948)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044 / (202) 514-4427
andrew.doyle@usdoj.gov

BRETT MOFFATT
Office of Regional Counsel
United States Environmental Protection Agency

*Attorneys for the United States*

**ORDER**

Good cause appearing, the following schedule now applies:

|  | **Scheduling Order June 29, 2017** | **Minute Order February 11, 2019** | **New Dates as Ordered** |
|---|---|---|---|
| **Joint Pretrial Statement** | March 15, 2019 | March 1, 2019 | March 25, 2019 |
| **Pretrial Conference** | April 5, 2019 | March 22, 2019 | April 19, 2019, 10:00 a.m. |
| **Trial Briefs** | May 6, 2019 | No change | No change |
| **Bench Trial** | May 20, 2019 | No change | No change |

IT IS SO ORDERED.

DATED: February 26, 2019.

_____
UNITED STATES DISTRICT JUDGE