ANDREW J. DOYLE
HUBERT T. LEE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for the United States*

LAWRENCE S. BAZEL (CA No. 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630

*Attorneys for Defendants John Donnelly Sweeney and Point Buckler Club, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC <br><br> Defendants. | 2:17-cv-00112-KJM-KJN <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO TWO EXPERT DECLARATIONS** <br><br> Trial Date: May 20, 2019 <br> Time: 1:30 p.m. <br> Place: Courtroom 3 <br> Judge: The Honorable Kimberly J. Mueller |

The Amended Pretrial Order, ECF No. 122 (at 5:12-22), specifies a process in which Plaintiff United States of America and Defendants John Sweeney and Point Buckler Club, LLC are to confer and attempt to resolve hearsay objections. The Amended Pretrial Order (at 7:22-27) also specifies a process in which Defendants can lodge objections, by May 16, 2019, to the testimonial

declarations filed by the United States.  Although that deadline was modified for some declarations by Minute Order dated May 7, 2019, it remains in place for the declarations of Bruce Herbold, ECF No. 127, and Daniel Martel, ECF No. 128.

The parties have continued to confer about objections, and will do so again when counsel is in Sacramento on May 17 (counsel for the United States will be travelling on May 16).  Defendants would prefer not to make unnecessary objections to the Herbold and Martel declarations. The parties therefore stipulate that Defendants may have until Saturday, May 18, 2019, to file their objections to the Herbold and Martel declarations.

Dated:  May 16, 2019

Respectfully submitted,

*/s/ Andrew J. Doyle* (authorized May 16, 2019)
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC   20044
Tel:  (202) 514-4427

*Attorney for the United States*

/s/ *Lawrence S. Bazel*
LAWRENCE S. BAZEL

*Attorney for Defendants*

## ORDER

Upon due consideration, and for good cause shown, the Court approves the parties' stipulation.  Defendants shall have through and including May 18, 2019, to file any objections to the direct testimony expert declarations for Bruce Herbold and Daniel Martel.

DATED:  May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE