ANDREW J. DOYLE
HUBERT T. LEE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for the United States*

LAWRENCE S. BAZEL (CA No. 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel: (415) 402-2700 / Fax: (415) 398-5630

*Attorneys for Defendants John Donnelly Sweeney and
Point Buckler Club, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br>Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF SUBMITTAL DEADLINES**<br><br>Trial Date: May 20 to June 5, 2019<br>Judge: The Honorable Kimberly J. Mueller |

STIPULATION/ ORDER TO EXTEND SUBMITTAL DEADLINES 1

Kimberly Bennett, the Court Reporter at trial, has informed the parties that she is unable to produce trial transcripts within the 30-day time frame, and has requested from the Clerk of Court an extension of 30 days. In light of the Court Reporter's schedule, and to avoid conflicting with Mr. Bazel's preexisting vacation plans, Plaintiff United States of America and Defendants John Sweeney and Point Buckler Club, LLC stipulate and move to extend the submittal deadlines set forth in the Court's Minute Order of June 20, 2019 (ECF No. 153), as follows:

- Opening Submittals extended to **August 23, 2019**
- Responsive Submittals extended to **October 9, 2019**

//

//

//

Dated: July 2, 2019  Respectfully submitted,

/s/ Andrew J. Doyle
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC  20044
Tel:  (202) 514-4427

*Attorney for the United States*

/s/ *Lawrence S. Bazel* (authorized July 2, 2019)
LAWRENCE S. BAZEL

*Attorney for Defendants*

**ORDER**

Upon due consideration, and for good cause shown, the Court approves the foregoing stipulation.

DATED:  July 3, 2019.

_____
UNITED STATES DISTRICT JUDGE