ANDREW J. DOYLE (FL Bar No. 84948)
HUBERT T. LEE (CA Bar No. 297548)
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for Plaintiff*
THE UNITED STATES OF AMERICA

JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net

*Attorneys for Defendants*
JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,<br><br>Defendants. | No. 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER FOR TRANSCRIPTION OF SEALED COURTROOM TESTIMONY**<br><br>Trial Dates: May 20, 2019 to June 5, 2019<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

Plaintiff United States of America and Defendants John Donnelly Sweeney and Point Buckler Club, LLC hereby, at the unopposed request of the United States, stipulate and propose that the Court issue an Order allowing the United States to obtain a transcription of United States' expert witness Mr. Daniel Leistra-Jones's June 5, 2019 sealed courtroom testimony. *See* ECF no. 150

1

(noting that the courtroom was temporarily sealed from 9:40 AM to 9:50 AM on June 5, 2019 – Day 9 of trial). As the Parties previously stipulated, "[t]ranscripts of [sealed] testimony taken . . . will be separated from transcripts of public testimony and kept confidential, i.e. disclosed only to the Court, its staff, **the Parties**, and those associated and other persons identified in the pretrial confidentiality order, paragraphs 4 and 5, ECF No. 29, August 8, 2017." ECF no. 113 at 6:3-6 (emphasis added).

While the Court did not formally act on this prior stipulation, the Court's final amended pre-trial order acknowledged that the parties "agreed to act in accordance with the proposed Trial Protective Order, ECF no. 113." ECF no. at 122 13:23-25. In other words, the Court previously left open the possibility of approving the transcription of sealed testimony.

Furthermore, allowing the United States to obtain a transcript of the sealed courtroom testimony will aid this Court by allowing the Parties to cite, in their post-trial opening and responsive submissions, to the sealed portion of Mr. Leistra-Jones's trial testimony (without revealing the sealed content of that portion of his testimony; if any party wishes to address the contents of sealed information, it must follow the procedure set forth in the Court's local rules).

\* \* \*

For the above reasons, the United States' unopposed request to obtain a transcript of United States' expert witness Mr. Daniel Leistra-Jones's June 5, 2019 sealed courtroom trial testimony, as reflected in this stipulation and proposed order, should be approved.

DATED: August 6, 2019          BRISCOE IVESTER & BAZEL LLP

By: /s *Lawrence S. Bazel* (as authorized 8/5/2019)

LAWRENCE S. BAZEL

*Attorneys for Defendants JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC*

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: August 6, 2019 | By: */s Hubert T. Lee* |
| 2 | | HUBERT T. LEE (CA Bar No. 297548) |
| 3 | | ANDREW J. DOYLE (FL Bar No. 84948)<br>United States Department of Justice |
| 4 | | Environment and Natural Resources Division<br>P.O. Box 7611 |
| 5 | | Washington, DC 20044 / (202) 514-1806<br>hubert.lee@usdoj.gov |
| 6 | | andrew.doyle@usdoj.gov |
| 7 | | |
| 8 | | BRETT MOFFATT<br>Office of Regional Counsel |
| 9 | | United States Environmental Protection Agency |
| 10 | | *Attorneys for the United States* |

**ORDER**

The foregoing stipulation is hereby APPROVED. The United States (and Defendants) may obtain a transcript of United States' expert witness Daniel Leistra-Jones's June 5, 2019 sealed courtroom trial testimony. The Court also approves the following portion of the parties' prior stipulation:

> "Transcripts of [sealed] testimony taken . . . will be separated from transcripts of public testimony and kept confidential, i.e. disclosed only to the Court, its staff, the Parties, and those associated and other persons identified in the pretrial confidentiality order, paragraphs 4 and 5, ECF No. 29, August 8, 2017." ECF no. 113 at 6:3-6.

**IT IS SO ORDERED.**

DATED: August 7, 2019.

_____
UNITED STATES DISTRICT JUDGE