# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY AND POINT BUCKLER CLUB, LLC,<br><br>Defendants. | Case No. 2:17-cv-00112-KJM-KJN<br><br>ORDER |

This case was before the court on July 27, 2023, for a status conference. For the reasons stated on the record, the court finds that the government's proposed restoration plan, including the 2023 updated assessment, should be supplemented to provide additional details concerning the work that the government believes is necessary to restore Point Buckler Island. The government is encouraged to provide any additional details that would assist the court in defining the parameters of the restoration plan. Specifically, the government shall, to the extent reasonably practical, (1) identify with greater specificity tasks that should be performed to achieve restoration, (2) provide an approximate timeline or timelines for completing proposed tasks, and (3) provide metrics, measurables, or deliverables that should be utilized to assess achievement of the goals identified in its proposed plan.

Accordingly, it is hereby ORDERED that:

1. By no later than October 13, 2023, the government shall file a supplement to its

proposed restoration plan that includes the information set forth above and discussed at the July 27, 2023 status conference.

    2. Defendants are granted until December 15, 2023, to file a response to the government's submission.

    3. The government is granted until January 31, 2024, to reply to defendants' response, if any.

IT IS SO ORDERED.

Dated:   August 3, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2