ANDREW J. DOYLE
HUBERT T. LEE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
Mobile: (202) 532-3156 / Fax: (202) 514-8865
andrew.doyle@usdoj.gov

BRETT MOFFATT
United States Environmental Protection Agency
Region 9
San Francisco, CA
Mobile: (415) 972-3946 / Fax: (415) 398-5630
moffatt.brett@epa.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br><br>    Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEFENDANTS' RESPONSE DUE DATE** |

On August 3, 2023 (ECF No. 252), Magistrate Judge Peterson ordered: (1) the United States, by October 13, 2023, to file a supplement to its proposed restoration plan; (2) defendants, by December 15, 2023, to file a response to the United States' submission; and (3) the United States, by January 31, 2024, to reply to defendants' response, if any.

Through this stipulation and proposed order, defendants seek a two-week extension of time – through and including December 29, 2023 – to file their response to the United States' submission. The reason for the requested extension is that defendants' counsel has had health

1

issues preventing him from performing job duties and requiring extra time for him to meeting his obligations, and that his work obligations have recently increased unexpectedly.

Relatedly, defendants have agreed to extend the time for the United States to respond to a "Supplemental and Amended Motion and Motion to Amend Findings and for a New Trial, or to Alter or Amend Judgment or for Relief from Judgment, and for a Stay of the Proceedings before Judgment Peterson" (ECF No. 261), as set out in an accompanying stipulation and proposed order to Chief Judge Mueller.  The parties' agreement as reflected in these two stipulations and proposed orders are interdependent.  If either one is denied, the other is automatically withdrawn.

The United States joins this stipulation and proposed order without prejudice to its position that defendants have yet to comply with the Court's mandatory restoration injunction.  At this time, the United States does not seek any adjudgment of its January 31, 2024, reply deadline.

Respectfully agreed to and submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice (USDOJ)
Environment & Natural Resources Division (ENRD)

Dated:  December 11, 2023

*/s Andrew J. Doyle*
Andrew J. Doyle
Trial Attorney
USDOJ, ENRD
San Francisco Field Office
450 Golden Gate Avenue
Room 07-6714
San Francisco, CA  94102
(415) 744-6469 (landline)
(202) 532-3156 (mobile)
(202) 514-8865 (facsimile)
andrew.doyle@usdoj.gov

Brett Moffatt
United States Environmental Protection Agency
Region 9
San Francisco, CA

*Attorneys for the United States*

| | |
|---|---|
| DATED:  December 11, 2023 | BRISCOE IVESTER & BAZEL LLP |
| | By: /s *Lawrence S. Bazel* |
| | Lawrence S. Bazel |
| | Attorneys for Defendants JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC |

## ORDER EXTENDING DEFENDANTS' RESPONSE DUE DATE

Upon due consideration of the forgoing stipulation regarding one of the deadlines set forth in the Order dated August 3, 2023 (ECF No. 252), the Court approves it.  Defendants shall have through and including December 29, 2023, to file their response to the United States' submission dated October 13, 2023.

IT IS SO ORDERED.

Dated:   December 11, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE