ANDREW J. DOYLE
HUBERT T. LEE
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
Mobile: (202) 532-3156 / Fax: (202) 514-8865
andrew.doyle@usdoj.gov

BRETT MOFFATT
United States Environmental Protection Agency
Region 9
San Francisco, CA
Mobile: (415) 972-3946 / Fax: (415) 398-5630
moffatt.brett@epa.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC<br><br>    Defendants. | 2:17-cv-00112-KJM-KJN<br><br>**STIPULATION AND ORDER TO MOVE HEARING DATE AND EXTEND RESPONSE AND REPLY DEADLINES** |

    On December 8, 2023 (ECF No. 261), John D. Sweeney and Point Buckler Club, LLC filed a "Supplemental and Amended Motion and Motion to Amend Findings and for a New Trial, or to Alter or Amend Judgment or for Relief from Judgment, and for a Stay of the Proceedings before Judgment Peterson." Through this stipulation and proposed order, the United States seeks an extension of time to respond to defendants through and including January 26, 2024, which is beyond the 14-day deadline established by Local Rule 230(c).

    The reasons for the requested extension are that lead counsel for the United States has competing work obligations, including memoranda and briefing deadlines in *Mojave Desert Air*

1

*Quality Management District v. EPA*, No. 23-1411 (9th Cir.), and a January 31, 2024, reply deadline in the referral proceeding before Magistrate Judge Peterson (ECF No. 252), as well as holiday travel and leave plans between December 19, 2023, and January 3, 2024.

Relatedly, the United States has agreed to defendants' request to extend the time for defendants to file their response to the submission of the United States specified in Magistrate Judge Peterson's August 2023 Order (ECF No. 252), as set out in an accompanying stipulation and proposed order to Magistrate Judge Peterson. The parties' agreement as reflected in these two stipulations and proposed orders are interdependent. If either one is denied, the other is automatically withdrawn.

Defendants do not object to the requested extension and join this stipulation and proposed order, without prejudice to the positions set forth in their December 8, 2023, filing.

To accommodate the United States' request, this stipulation also proposes an adjusted reply deadline of February 9, 2024, and rescheduled hearing date of February 16, 2024.

Respectfully agreed to and submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice (USDOJ)
Environment & Natural Resources Division (ENRD)

Dated:  December 11, 2023

*/s Andrew J. Doyle*
Andrew J. Doyle
Trial Attorney
USDOJ, ENRD
San Francisco Field Office
450 Golden Gate Avenue
Room 07-6714
San Francisco, CA  94102
(415) 744-6469 (landline)
(202) 532-3156 (mobile)
(202) 514-8865 (facsimile)
andrew.doyle@usdoj.gov

Brett Moffatt
United States Environmental Protection Agency
Region 9
San Francisco, CA

*Attorneys for the United States*

DATED:  December 11, 2023                     BRISCOE IVESTER & BAZEL LLP

By: /s *Lawrence S. Bazel*
Lawrence S. Bazel

Attorneys for Defendants JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC

**ORDER**

Upon due consideration of the forgoing stipulation regarding defendants' December 8, 2023, filing (ECF No. 261), the Court approves it.  The United States shall have through and including January 26, 2024, to respond to defendants' filing.  Following that response, defendants shall have through and including February 9, 2024, for any reply.  The January 26, 2024, hearing date is vacated and rescheduled for February 16, 2024.

IT IS SO ORDERED.

DATED:  December 15, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

3