UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-0112-KJM-JDP<br><br>**Affidavit of Special Master** |

I, Jeremy D. Peterson, declare under penalty of perjury that the following is true and correct:

1. I am a Magistrate Judge of the United States District Court for the Eastern District of California.
2. Pursuant to 53(a)(2) of the Federal Rules of Civil Procedure, I submit this declaration for the purpose of disclosing whether there is any ground under 28 U.S.C. § 455 for my disqualification in this proceeding.
3. Section 455 provides, in relevant part, that:

    (a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

1

(b) He shall also disqualify himself in the following circumstances:
1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

2) Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

3) Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

   i. Is a party to the proceeding, or an officer, director, or trustee of a party;

   ii. Is acting as a lawyer in the proceeding;

   iii. Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

   iv. Is to the judge's knowledge likely to be a material witness in the proceeding.

(c) A judge should inform himself about his personal and fiduciary financial interests, and make a reasonable effort to inform himself about the personal financial interests of his spouse and minor children residing in his household.

4. I have familiarized myself with the issues involved in this case. Based on my knowledge of the case, I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as Special Master to oversee the implementation of the government's Restoration Implementation Plan for Point Buckler Island.

Dated: April 24, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3