1

Lawrence S. Bazel (114641)
Briscoe Ivester & Bazel llp

2

235 Montgomery Street, Suite 935
San Francisco, CA 94104

3

Tel (415) 402-2700
lbazel@briscoelaw.net

4

5

Attorneys for Defendants
JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA

No.  2:17-cv-00112-KJM-JDP

11

Plaintiff,

**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING STATUS CONFERENCE**

12

v.

13

JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC,

Date:  May 22, 2025
Time:  11:30 a.m.
The Honorable Jeremy D. Peterson

14

Defendants.

15

16

17

     On May 2, 2025, this Court issued a minute order scheduling a status conference on May 22,

18

2025.  (ECF 309.)  However, counsel for Defendants will be traveling from May 10-27, 2025.  (*See*

19

ECF 301 at 2:5-6 (reporting on counsel's travel schedule as part of a request to extent time filed by

20

the United States).)  Counsel for Defendants will be attending the graduations of his niece and

21

nephew during that time, and meeting with family and old friends.

22

     Without objection from the United States, Defendants request that the status conference be

23

scheduled at a later date.  The parties have agreed that an appropriate date is one week later, May 29,

24

2025.  If that date is not available, the parties shall meet and confer promptly and propose alternative

25

dates.

26

27

28

1

1    DATED: May 6, 2025                    BRISCOE IVESTER & BAZEL LLP

2

3

4                                         By: _____

5                                             Lawrence S. Bazel

6                                             Attorneys for Defendants JOHN D. SWEENEY
                                              and POINT BUCKLER CLUB, LLC
7

8                                         /s/ Andrew J. Doyle (authorized)
                                          Andrew J. Doyle
9                                         Trial Attorney
                                          United States Department of Justice
10                                        Environment and Natural Resources
                                          San Francisco Field Office
11                                        450 Golden Gate Avenue
                                          Room 07-6714
12                                        San Francisco, CA 94102
                                          (415) 744-6469 (landline)
13                                        (202) 532-3156 (mobile)
                                          (202) 514-8865 (facsimile)
14                                        andrew.doyle@usdoj.gov
15
16                                        Attorney for the United States

17

18                        ~~PROPOSED~~ ORDER

19          Good cause appearing, the Court approves the stipulation above.  The status conference

20   previously scheduled for May 22, 2025 at 11:30 a.m. is now scheduled for May 29, 2025 at 11:30

21   a.m.

22

23   IT IS SO ORDERED.

24

25   Dated:   May 6, 2025    _____

26                           JEREMY D. PETERSON
                             UNITED STATES MAGISTRATE JUDGE
27

28

                                              2