1  ANDREW J. DOYLE (CA No. 359428)
2  United States Department of Justice
   Environmental and Natural Resources Division
3  Environmental Defense Section
   Tel: (415) 744-6469
4  andrew.doyle@usdoj.gov

5  *Attorney for the United States*

6  LAWRENCE S. BAZEL (CA No. 114641)
   BRISCOE IVESTER & BAZEL LLP
7  235 Montgomery Street, Suite 935
   San Francisco, CA 94104
8  Tel: (415) 402-2700
   lbazel@briscoelaw.net
9

10 *Attorney for Defendants John Donnelly Sweeney and*
   *Point Buckler Club, LLC*

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                                      2:17-cv-00112-KJM-JDp

15

16

17 UNITED STATES OF AMERICA,        **STIPULATION AND ~~PROPOSED~~ ORDER**
                                    **TO VACATE STATUS CONFERENCE**
           Plaintiff,
18                                  Status Conference Date:        May 29, 2025
   v.                               Before:   Magistrate Judge Jeremy D. Peterson
19
   JOHN DONNELLY SWEENEY and
20 POINT BUCKLER CLUB, LLC

21         Defendants.

22

23         On April 11, 2025, Defendants John Donnelly Sweeney and Point Buckler Club, LLC filed

24 a Motion to Alter and Stay Injunction and Request for Clarification (ECF No. 297).  On May 20,

25 2025, Plaintiff United States of America filed its response (ECF No. 315).  Defendants' reply is

26 due June 16, 2025, pursuant to the Court's Order dated May 16, 2025 (ECF No. 314), and a

27 hearing is scheduled for June 26, 2025.  In the interests of efficiency, given the parties' positions as

28 set forth in these filings and the pendency of defendants' motion, the parties stipulate, move, and

   propose for the Court's approval that the May 29, 2025, status conference before Magistrate Judge

1  Peterson be vacated with any rescheduling subject to further Order of the Court.

2  Dated:  May 28, 2025                Respectfully submitted,

3                                      */s/ Andrew J. Doyle*
                                       Andrew J. Doyle
4                                      Trial Attorney
5                                      United States Department of Justice
                                       Environment and Natural Resources
6                                      San Francisco Field Office
7                                      450 Golden Gate Avenue
                                       Room 07-6714
8                                      San Francisco, CA  94102
                                       (415) 744-6469 (landline)
9                                      (202) 532-3156 (mobile)
                                       (202) 514-8865 (facsimile)
10                                     andrew.doyle@usdoj.gov

11

12                                     *Attorney for the United States*

13                                     */s/ Lawrence S. Bazel* (authorized May 28, 2025)
                                       LAWRENCE S. BAZEL
14

15                                     *Attorney for Defendants*

16

17

18                               ~~PROPOSED~~ ORDER

19

20         Upon due consideration, and in the interests of efficiency, the Court approves the

21  foregoing stipulation.  The May 29, 2025, status conference before Magistrate Judge Peterson

22  serving as Special Master is vacated with any rescheduling pending further Order of the Court.

23

24  IT IS SO ORDERED.

25

26  Dated:   May 28, 2025         _____

27                                JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE
28