# UNITED STATES DISTRICT COURT

Eastern **District of** California

United States of America
    Plaintiff(s),

V.

John D. Sweeney, et al.,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-112-KJM-JDP

Notice is hereby given that, subject to approval by the court, __Plaintiff United States of America__ (Party(s) Name) substitutes __Alexander M. Purpuro__ (Name of New Attorney), State Bar No. __1025872 (Fla.)__ as counsel of record in place of __Andrew J. Doyle__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | U.S. Department of Justice – Environment and Natural Resources Division |
| Address: | P.O. Box 7611, Washington, D.C. 20044 |
| Telephone: | (202) 514-9771         Facsimile (202) 514-8865 |
| E-Mail (Optional): | Alexander.Purpuro@usdoj.gov |

I consent to the above substitution.

Date: 05/30/2025

United States of America
/s/ Alexander M. Purpuro (on behalf of the U.S.A.)
(Signature of Party(s))

I consent to being substituted.

Date: 05/29/2025

/s/ Andrew J. Doyle
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 05/30/2025

/s/ Alexander M. Purpuro
(Signature of New Attorney)

The substitution of attorney is hereby approved. IT IS SO ORDERED.

Date: June 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE